AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
2016 MAY -5 P 1:16
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

District of Utah

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 29 2016

D. MARK JONES, CLERK

BY_____
DEPUTY CLERK

United States of America
v.

FRANKIE LEAL

*Defendant*

Case No. 2:16-mj-273-EJF

**ORIGINAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Frankie Leal,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1) - Possession with intent to distribute heroin
18 U.S.C. 924(c) - Carrying a firearm in relation and during a drug trafficking crime
18 U.S.C. 924(g)(1) - Possession of a Firearm by a Convicted Felon

Date: 4/29/16

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Judge Evelyn J. Furse
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/29/2016, and the person was arrested on *(date)* 5/2/2016
at *(city and state)* Salt Lake City, UT.

Date:

*Arresting officer's signature*

DUSM Stefan Morgan
*Printed name and title*